UNITED STATES v. MAMARY BROTHERS, INC.

**No. 6278.**—Invoice dated St. Gall, Switzerland, March 19, 1940.
Certified March 20, 1940.
Entered at New York, N. Y., April 16, 1940.
Entry No. 62927.

(Decided May 23, 1946)

*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney) for the plaintiff.
*Lane & Wallace* (*William Young* of counsel) for the defendant.

KINCHELOE, Judge: This appeal for reappraisement has been submitted for decision upon an oral stipulation entered into by and between counsel for the respective parties agreeing in substance that export value is the proper basis for the determination of the value of the merchandise identified on the invoice as manufacturer's No. 437 and that such export value was .79½ Swiss francs per yard, less 3 per centum discount, plus packing.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise identified on the invoice as manufacturer's No. 437, and that such value was .79½ Swiss francs per yard, less 3 per centum discount, plus packing.

Judgment will be rendered accordingly.